Judge Robart

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 5 - 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Colo. Case #
06-mj-01208

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THANH THEA HAU,

    Defendant.

NO. CR06-319JLR

ORDER STAYING ORDER
OF RELEASE ISSUED BY
THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLORADO

Having considered the government's motion for revocation of order of release and request for stay, it is, hereby, ORDERED, that the order of release issued by Magistrate Judge Boyd N. Boland of the District of Colorado is STAYED pending the appearance of defendant THANH THEA HAU before the United States District Court for the Western District of Washington. The defendant will remain in custody until such time that he appears in this district, and the Court will set a hearing at that time to determine whether

//
//
//
//
//
//
//

06-CR-00319-ORD

ORDER STAYING ORDER OF RELEASE ISSUED BY THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO— 1
(UNITED STATES V. HAU, CR06-319JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

the defendant should be detained or released. The United States Marshal Service is directed to transport the defendant to this district at the earliest possible opportunity.

Dated this ___5th___ day of October, 2006.

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-4882, Fax: (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

ORDER STAYING ORDER OF RELEASE ISSUED BY THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO – 2
(UNITED STATES V. RAU, CR06-310JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970